# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

SAMUEL NERVEZA, JR.,

             Plaintiff,

    v.                                 Civil No.3:14-cv-02045-CL

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,

             Defendant.

## JUDGMENT

Pursuant to the ORDER signed on April 6, 2016, this action is reversed and remanded for further proceedings consistent with that ORDER.

Dated this 12th day of April 2016.

*/s/ Ann Aiken*

Ann Aiken
United States District Judge

**JUDGMENT**